William G. Hanson, SBN 215226
**THE LAW OFFICES OF WILLIAM G. HANSON**
2121 North California Boulevard
Suite 290
Walnut Creek, CA 94596
Tel: (925) 280-9623
Fax: (925) 280-9624
bill@williamhansonlaw.com
Attorney for Petitioner, Silvia Murillo

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA MURILLO, <br><br> Petitioner, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; NDeX, LLC and DOES 1 through 50, inclusive, <br><br> Respondent. | CASE No. 3:11-cv-04247-~~EDL~~ SC <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)** |

TO ALL COUNSEL AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE, pursuant to F.R.C.P. 41(a)(1)(A)(i), the Plaintiff, SILVIA MURILLO, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the all Defendants.

RESPECTFULLY SUBMITTED

September 12, 2011

By: _____
William Hanson, Attorney for Plaintiff,
SILVIA MURILLO

Date:   9/12/11

_____
JUDGE, UNITED STATES
DISTRICT COURT, THE NORTHERN
DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Samuel Conti*

1
NOTICE OF VOLUNTARY DISMISSAL